IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             Case No. 1:15cr23-MW/GRJ

JONATHAN MARSHALL
TAYLOR,

    Defendant.
_____/

## ORDER ACCEPTING GUILTY PLEA

This Court has considered the magistrate judge's report and recommendation to accept Defendant's guilty plea to Count 1 of the indictment. ECF No. 36. There are no objections before this Court. Defendant's guilty plea to Count 1 of the indictment is **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

**SO ORDERED on January 22, 2016.**

                                      s/Mark E. Walker
                                      **United States District Judge**